IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STRAIGHT PATH IP GROUP INC.,

    Plaintiff,

v.

APPLE INC.,

    Defendant.

No. C 14-04302 WHA

**ORDER RE STIPULATION TO STAY LITIGATION**

The parties' stipulation to stay this action pending the Federal Circuit's decision with respect to *Sipnet EU S.R.O. v. Straight Path IP Group, Inc.*, IPR No. 2013-00246, is **DENIED WITHOUT PREJUDICE**. While the undersigned judge is sympathetic to a stay of the portion of the case involving the patent now on appeal, there are three other asserted patents for which the PTAB has not yet decided whether to institute review. The December 18 initial case management conference remains on calendar. No deadline is stayed for now.

**IT IS SO ORDERED.**

Dated: November 20, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE