United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STRAIGHT PATH IP GROUP, INC.,

    Plaintiff,

 v.

APPLE INC.,

    Defendant.
_____/

STRAIGHT PATH IP GROUP, INC.,

    Plaintiff,

 v.

AVAYA INC.,

    Defendant.
_____/

STRAIGHT PATH IP GROUP, INC.,

    Plaintiff,

 v.

CISCO SYSTEMS, INC.,

    Defendant.
_____/

No. C 14-04302 WHA
No. C 14-04309 WHA
No. C 14-04312 WHA

**ORDER RE PARTIAL STAY AND ORDER DENYING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**

    This order will be filed in all three above-captioned actions wherein plaintiff Straight Path IP Group, Inc. has moved for leave to file a motion for reconsideration of an order denying without prejudice a complete stay. For the reasons stated herein, plaintiff's motion is **DENIED**.

1  No accused defendant herein has petitioned for *inter partes* review of any of the asserted
2  patents and no accused defendant has agreed to be bound by the outcome of any *inter partes*
3  review proceeding filed by strangers.

4  Although one *inter partes* review proceeding has been requested by a stranger to this
5  litigation (namely, Sipnet EU S.R.O.) as to one of the asserted patents herein and that proceeding
6  is now on appeal, no *inter partes* review proceedings have been instituted as to the other four
7  asserted patents. Indeed, no petition to institute an *inter partes* review proceeding has been filed
8  by anyone for U.S. Patent No. 7,149,208 asserted against defendant Apple Inc. Thus, under the
9  common law factors for a stay, it has not been shown that a complete stay would simplify the
10 issues in question. Although this order hereby **STAYS** the portion of the case as to the patent now
11 on appeal (U.S. Patent No. 6,108,704), progress can be accomplished as to the remainder.

12 Straight Path's reliance on *Versata Software, Inc. v. Callidus Software, Inc.*, No. 14-1468,
13 2014 WL 6480522, at *3, 7 (Fed. Cir. Nov. 20, 2014), is misplaced because that decision, as
14 Straight Path concedes, involved covered business method review under Section 18(b) of the
15 AIA, "which do[es] not apply here" (Br. 2).

16 Accordingly, plaintiff's motion for leave to file a motion for reconsideration is **DENIED**.
17 The January 8 hearing date is hereby **VACATED**. The December 18 initial case management
18 conference remains on calendar. This is all without prejudice to a proper motion promptly filed if
19 circumstances change.

21 **IT IS SO ORDERED.**

23 Dated: November 26, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2