[Counsel Listed on Signature Block]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| STRAIGHT PATH IP GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No. 3:14-cv-04302-WHA <br><br> **STIPULATION OF VOLUNTARY DISMISSAL** |

The parties in the above-captioned case hereby stipulate to a voluntary dismissal of all claims and counterclaims, without prejudice, pursuant to Federal Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to pay its own fees and costs.

Respectfully submitted on January 5, 2015.

        RUSS, AUGUST & KABAT

        /s/  *Paul A. Kroeger*

        Marc A. Fenster, SBN 181067
        mfenster@raklaw.com
        Paul A. Kroeger, SBN 229074
        pkroeger@raklaw.com
        12424 Wilshire Boulevard Twelfth Floor
        Los Angeles, California 90025
        Telephone: (310) 826-7474
        Facsimile: (310) 826-6991

        *Attorneys for Plaintiff Straight Path IP Group, Inc.*


        HOGAN LOVELLS US LLP

        /s/  *Clayton C. James*

        Clayton C. James (Cal. Bar No. 287800)
        clay.james@hoganlovells.com
        Srecko "Lucky" Vidmar (Cal. Bar No. 241120)
        lucky.vidmar@hoganlovells.com
        C. Matthew Rozier
        matt.rozier@hoganlovells.com
        Three Embarcadero Center, Suite 1500
        San Francisco, California 94111
        Telephone: (415) 374-2300
        Facsimile: (415) 374-2499

        *Attorneys for Defendant Apple Inc.*